```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

LOUIS ELAIS LANGLINAIS, III                    CIVIL ACTION

VERSUS                                         NO. 13-3003

NELSON COLEMAN CORRECTIONAL
CENTER, ET AL                                  SECTION "J" (3)
```

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Partial Report and Recommendation (Rec. Doc. 27), and the failure of any party to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the Nelson Coleman Correctional Center is **GRANTED** and that plaintiff's claims against Nelson Correctional Center are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 2nd day of October, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE